158 A.3d 1227

Cynthia A. PATTERSON, Robert C. Swartzwelder and Lynne A. Swartzwelder, Respondents

v.

FIDELITY NATIONAL TITLE INSURANCE COMPANY, and Fidelity National Title Insurance Company of New York, Petitioners

Shariee L. Decooman, Respondent

v.

Lawyers Title Insurance Corporation, Petitioner

No. 187 WAL 2016

Supreme Court of Pennsylvania.

October 3, 2016

## ORDER

PER CURIAM

**AND NOW**, this 3rd day of October, 2016, the Application to File a Supplemental Petition is **DENIED**. The Petition for Allowance of Appeal is **DENIED**.